UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20342-CIV-ALTONAGA/Reid

**KESTON GOODMAN**,

    Plaintiff,
v.

**NO CODE NO PROBLEM, LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On February 11, 2025, the Court entered an Order [ECF No. 4], requiring Plaintiff, Keston Goodman to perfect service on Defendant, No Code No Problem, LLC and file proof of service by April 22, 2025. (*See id.*). The Court warned that failure to file proof of service by this date would result in a dismissal without prejudice and without further notice. (*See id.*). To date, Plaintiff has not submitted proof of service or requested an extension of time to do so. Accordingly, it is

**ORDERED** that Defendant is **DISMISSED** without prejudice. The Clerk is instructed to mark this case as closed.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of April, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record